### VAN BERGEN et al. v. LEHMAIER et al.

(Supreme Court, General Term, First Department. November 17, 1893.)

Action by Anthony Van Bergen and another against Ludwig Lehmaier and others.

No opinion. We think that restitution should be made, or a bond given. See 25 N. Y. Supp. 356.

---

### WORMSER et al., Appellants, v. BROWN et al., Respondents.

(Supreme Court, General Term, First Department. November 17, 1893.)

Action by Simon Wormser and others against John Nicholas Brown and others.

Hoadley, Lauterbach & Johnson, for appellants.

Strong & Cadwalader, for respondents.

No opinion. Motion denied, with $10 costs. See 25 N. Y. Supp. 553.

---

### HILL v. PRUDENTIAL INS. CO.

(Supreme Court, General Term, Second Department. May 8, 1893.)

Action by William Hill against the Prudential Insurance Company.

No opinion. Appeal withdrawn.

---

### JENNINGS, Respondent, v. D. G. BURTON CO., Appellant.

(Supreme Court, General Term, Second Department. May 8, 1893.)

Action by Edson C. Jennings against the D. G. Burton Company.

No opinion. Reargument ordered. Dykman, J., not sitting.

---

### LYDECKER v. GILCHRIST.

(Supreme Court, General Term, Second Department. May 8, 1893.)

Action by Maria Lydecker against Samuel Gilchrist.

No opinion. Judgment affirmed for nonsubmission of papers according to stipulation, with costs. See 20 N. Y. Supp. 268; 21 N. Y. Supp. 1124.

---

### In re OWENS.

(Supreme Court, General Term, Second Department. May 8, 1893.)

Claim of Silas J. Owens against a fund arising on foreclosure of a mechanic's lien.

No opinion. Motion for reargument to be applied for at September term. Barnard, P. J., not sitting. See 21 N. Y. Supp. 485.